MARIE S. GAZA et al., Appellants, *v.* RUDOLPH J. GAZA, Respondent.

(Argued October 19, 1936; decided November 17, 1936.)

618

*Arthur J. Ruland* for appellants.

*Daniel J. McAvoy* and *Robert S. Badger* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE Ch. J., LEHMAN, O'BRIEN, HUBBS CROUCH, LOUGHRAN and FINCH, JJ,